UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:13CR457 CEJ |
| | ) | |
| STEVEN EMERSON, | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE AS TO DEFENDANT STEVEN EMERSON

COMES NOW the United States of America, by and through the United States Attorney for the Eastern District of Missouri, Richard G. Callahan, and Jennifer Winfield, Assistant United States Attorney for said District, and files its motion to dismiss the indictment as to defendant Steven Emerson only, without prejudice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure for the reason that the defendant has been accepted into the District Court's Diversion Program by Pretrial Services. (copy attached)

WHEREFORE, the Government respectfully requests that the above-entitled indictment be dismissed without prejudice.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney
 *s/Jennifer Winfield*
JENNIFER WINFIELD, #53350MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, MO 63102
(314) 539-2200

SO ORDERED:

_____

CAROL E. JACKSON
United States District Court Judge

Dated: October _____, 2014.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on <u>October 6, 2014,</u> the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon counsel of record:

*s/ Jennifer Winfield*
JENNIFER WINFIELD, #53350
Assistant United States Attorney
