# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MISSOURI
### PRETRIAL SERVICES

Mark M. Reichert
Chief Pretrial Services Officer

Susan E. Hendrickson
Supervising Pretrial Services Officer

William L. Irby
Supervising Pretrial Services Officer



Thomas F. Eagleton U.S. Courthouse
111 S. 10th Street, Suite 6.345
St. Louis, Missouri  63102

314-244-7000
1-800-793-7002

September 29, 2014

Jennifer A. Winfield
Assistant United States Attorney
111 S. 10th St.
St. Louis, MO 63102

RE: Steven Emerson
Pretrial Diversion Candidate

Dear Ms. Winfield:

The United States Marshals Service arrested Steven Emerson on 07/09/2014. The defendant is charged by indictment with (Case# 4:13-cr-00457-CEJ-6) with Conspiracy to Possess With Intent to Distribute More Than 100 Kilograms of Marijuana (F). The U.S. Pretrial Services Office submitted/filed a written report to the Court for bond/detention consideration. On that same date, the Honorable Terry I. Adelman, United States Magistrate Judge re-released the defendant on an unsecured bond (from the northern District of California), along with pretrial supervision.

In conjunction with the events set out above and at the behest of your office, on 9/10/2014, United States Pretrial Services interviewed, accepted and enrolled the defendant in the Pretrial Diversion Program for a period of 12 months in lieu of prosecution for Conspiracy to Possess With Intent to Distribute More Than 100 Kilograms of Marijuana (F). Attached, is a Pretrial Services Report dated 11/27/2013 and the signed Pretrial Diversion Program agreement.

The United States Pretrial Services office views Emerson as an appropriate candidate for participation in the Pretrial Diversion Program. Absent any objections, please accept this communication and the fact that Emerson enrolled in the Pretrial Diversion Program as evidence of the same.

Please contact our office should you have any questions regarding information contained herein or require additional information and thank you for this referral.

Sincerely,

Chaunsey Z. hunter
U.S. Pretrial Services Officer

## AGREEMENT FOR PRETRIAL DIVERSION FOR
## STEVEN N. EMERSON-

As you know, an indictment has been filed against you for violating Title 21, United States Code, Sections 841(a)(1) and 846, conspiracy to distribute marijuana. Upon accepting responsibility for your behavior and by your signature on this agreement, it appearing after an investigation of the offense and your background that the interests of the United States, your own interests, and the interests of justice will be served by the following procedure; therefore,

On authority of the Attorney General of the United States, by Richard G. Callahan, United States Attorney for the Eastern District of Missouri, prosecution in this District for the offense shall be deferred for a period of twelve months from this date provided you abide by the conditions and the requirements of the program set out below.

Should you violate the conditions of this agreement, the United States Attorney may revoke or modify any conditions of this pretrial diversion program or change the period of supervision which shall in no case exceed eighteen months. The United States Attorney may release you from supervision at any time. The United States Attorney may at any time within the period of your supervision initiate prosecution for this offense should you violate the conditions of supervision. If that occurs, you will be furnished with notice specifying which conditions of this agreement you have violated.

If, upon completion of your period of supervision, a pretrial diversion report is received to the effect that you have complied with all the rules, regulations, and conditions listed below, no criminal prosecution for the offense set out above will be instituted in this District.

## AGREEMENT

This agreement and all related documents may be released by the United States Attorney's Office upon request.

I hereby waive all compliance requirements of the Privacy Act of 1974 (Title 5, United States Code, Section 552(a)) with regard to the above-described offense. This agreement may also be used for impeachment purposes in connection with any prosecution of the above-described offense. I am aware that Rule 48(b) of the Federal Rules of Criminal Procedure provides that the Court may dismiss an indictment, information, or complaint for unnecessary delay in presenting a charge to the Grand Jury, filing an information or in bringing a defendant to trial. I hereby request that the United States Attorney for the Eastern District of Missouri defer any prosecution for violations of Title 21, United States Code, Sections 841(a)(1) and 846, for the period of twelve months, and I agree and consent that any delay from the date of this agreement to the date of the initiation of prosecution, as provided for in the terms expressed herein, shall be deemed to be a necessary delay at my request, that the delay is in the interests of justice, and I waive any defense to such prosecution on the ground that such delay operated to deny my rights under Rule 48(b) of the Federal Rules of Criminal Procedure to bar the

prosecution by reason of the running of the statute of limitations for a period of twelve months which is the period of this agreement.

## CONDITIONS OF PRETRIAL DIVERSION

(1)   You shall not violate any law (federal, state or local). You shall immediately contact your Pretrial Services Officer if arrested and/or questioned by any law enforcement officer.

(2)   You shall not leave the judicial district without the permission of your Pretrial Services Officer.

(3)   You shall report to your Pretrial Services Officer as directed and report any change in residence immediately.

(4)   You shall make a complete and truthful written report (on a form provided for that purpose) to your Pretrial Services Officer between the first and third day of each month and on the final day of pretrial diversion supervision.

(5)   You shall follow the instructions of the Pretrial Services Officer.

(6)   You shall not have firearms or other dangerous weapons in your possession.

(7)   You shall not associate with persons engaged in criminal activity. You shall also not associate with persons who have a criminal record unless you have the permission of your Pretrial Services Officer.

(8)   You shall not purchase, possess, use, or administer marijuana or narcotic, or other habit-forming drugs, unless prescribed or advised by a physician. You shall not frequent places where such drugs are illegally sold, dispensed, used, or given away.

(9)   You shall not purchase, possess, or consume alcohol, nor shall you be present in any establishment that primarily serves alcohol (such as a bar, nightclub, or tavern.)

(10)   You shall maintain full-time employment.

(11)   You shall participate in any and all alcohol and/or drug treatment programs recommended by your Pretrial Services Officer and submit to any alcohol and/or drug testing as required by your Pretrial Services Officer.

(12)   You shall comply participate in all mental health treatment as recommended by your doctor and Pretrial Services Officer, including, but not limited to taking any and all medication prescribed to you by a mental health professional and participating in any recommending counseling services.

(11)   You shall complete at least one hundred sixty hours (160) of community service at an organization approved by your Pretrial Services Officer. You shall provide your Pretrial Services Officer with documentation of the hours. At least sixty (60) of community service shall be performed within the first six months of your supervision, or the term of your supervision will be extended to the full eighteen months.

I hereby state that the above has been read and explained to me. In understand the conditions of my pretrial diversion and agree that I will comply.

_____   9/10/14
STEVEN N. EMERSON                DATE

_____   9-10-14
STEPHEN WELBY                       DATE
Attorney for Steven Emerson

_____   9/10/14
SHERI STERLING CHAUNSEY HUNTER   DATE
United States Pretrial Services Officer


RICHARD G. CALLAHAN
United States Attorney

_____   9/10/14
JENNIFER A. WINFIELD, #53350       DATE
Assistant United States Attorney

3